# Court of Appeals
# of the State of Georgia

ATLANTA,____March 14, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A0938. YOUNG v. THE STATE.**

The above-styled appeal was docketed in this Court on February 5, 2016. Pursuant to Rule 23 (a) of the Court of Appeals, Appellant Willie Young was required to file a brief and enumeration of errors in this Court by February 25, 2016. As of the date of this order, Young has not filed a brief or enumeration of errors, and has not filed a motion for extension for good cause.

Therefore, this appeal is DISMISSED. See Court of Appeals Rules 7, 13 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____03/14/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*